| 469P13 | State v. Shannon Devon Ashe | 1. State's Motion for Temporary Stay (COA13-298) | 1. Allowed **10/18/2013** |
|---|---|---|---|
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 471P13 | John Walter Lawson and Margaret (Meg) Elizabeth Lawson Darling v. Heidi Cavanagh Lawson, Jacqueline Cavanagh Hughes, Mark Caprise, Deputy Sheriff PJ Mullen, Deputy Sheriff Michael Brannon, Corporal Claybourn Harper, Sheriff William Schatzman, Hartford Insurance, Lieutenant Max Creason, and Chief Kenneth Gamble | Plts' PDR Prior to a Decision of the COA | Denied |
| 472P13 | In the Matter of: N.J. | 1. State's Motion for Temporary Stay (COA13-53) | 1. Allowed **10/21/2013** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| 481P13 | State v. Danny Lamont Thomas | 1. State's Motion for Temporary Stay | 1. Allowed **10/24/2013** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. **Beasley, J., recused** |
| 482P13 | Carl Lynn Williams v. Governor, Pat McCrory | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **10/28/2013** |
| 483P13 | Robert Andrew Bartlett, Sr. v. Kieren J. Shanahan, Secretary, N.C. Department of Public Safety | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **10/28/2013** |